**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 16-1878**

———————

UNITED STATES OF AMERICA,

                    Plaintiff – Appellee,

          v.

EUGENE MILFORD,

                    Defendant - Appellant.

———————

Appeal from the United States District Court for the District of
South Carolina, at Charleston.  Richard Mark Gergel, District
Judge.  (2:15-cv-02009-RMG)

———————

Submitted:  January 17, 2017          Decided:  January 19, 2017

———————

Before NIEMEYER, TRAXLER, and KING, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Eugene Milford, Appellant Pro Se. Robert Frank Daley, Jr.,
Assistant United States Attorney, Columbia, South Carolina, for
Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Eugene Milford appeals the district court's order accepting the recommendation of the magistrate judge and granting summary judgment to the United States on its complaint and on Milford's counterclaims. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Milford, No. 2:15-cv-02009-RMG (D.S.C. July 28, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED